In the Matter of Mary Irving, Deceased.— Motion to dismiss appeal granted, unless appellant comply with terms stated in memorandum. Memorandum per curiam. Order to be settled on notice.

Ellen S. Mussey v. Pedro C. Casanova and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Louis Lamchick and Others v. David Ackerman and Others.— Application denied, with ten dollars costs. Order signed.

Max Strauss v. Kings County Lighting Company.— Application denied, with ten dollars costs. Order signed.

William Scott v. Francis D. Smith.— Application denied, with ten dollars costs. Order signed.

Henry W. Jessup v. Edward T. Platt, as Treasurer, etc.— Application denied, with ten dollars costs. Order signed.

Barnard Realty Company v. Carl Bonwit.— Application granted. Order signed.

Ingomar Goldsmith and Others v. Julius Rosenberg.— Application denied, with ten dollars costs. Order signed.

In the Matter of The City of New York (In the Matter of Gouverneur Slip Pier West).— Motion denied, with ten dollars costs.

Renault Frères Selling Branch, Incorporated, v. Sewell & Alden.— Motion granted. Order to be settled on notice.

Herman H. Oppenheimer v. Trebla Realty Company and Others.— Motion granted.

Elizabeth Rastetter and Others v. John C. Hoeninger, as Executor, and Others.— Motion denied, with ten dollars costs.

Albert I. Mehrbach v. J. J. White Manufacturing Company.— Motion denied, with ten dollars costs.

Solomon L. Cohen v. The Morris European and American Express Company.— Motion denied, with ten dollars costs.

Charles M. Russell v. American Gas and Electric Company.— Motion denied, with ten dollars costs.

The People of the State of New York ex rel. Louis Sohn v. Mashbicher Congregation.— Motion denied, with ten dollars costs. Memorandum per curiam.

Peter A. Landau v. Henry Solomons and Others.— Motion denied, with ten dollars costs. Memorandum per curiam.

August A. Landau v. Henry Solomons and Others.— Motion denied, with ten dollars costs.

In the Matter of Robert Kuehnert, an Attorney.— Stay continued until November first. Referee then to proceed. Order to be settled on notice.

Stephen Merritt Burial and Cremation Company v. Stephen Merritt Company and Others.— Motion granted and stay continued on defendants filing a bond as stated in memorandum per curiam. Order to be settled on notice.

In the Matter of Robert D. Donohue, an Attorney.— No further proceedings to be taken. Order to be settled on notice.

William J. Mooney, as Administrator, etc., of George A. Mooney, Deceased, Appellant, v. George T. Smith, Respondent.— Judgment